Dear K. Nicole Mitchell,

My name is Tracy Truelove and I have written you before about my situation. My P.O. wrote me recently in response to me writing you. The time frame of events he stated as they transpired are incorrect. I will be brief because I know you are probably tired of me writing to you about this. On January 4th I was booked into Upshur County Jail on a state jail felony. Between January 20th and the 30th I tried to post bond. The bonding agency told me I had a federal No bond hold. This is still January mind you. I had no other charges pending at this point in time period. On Febuary 27th I was arrained on these charges in Gregs County. Thats nearly one whole month after my federal hold for violating my supervised release. I left Upshur County on March 19th. They P.R. bonded me from there

County releasing their hold. The U.S. Marshals should have at this point taken me into custody. Because I'm sure January comes before febuary. It is not my fault Gregg Count were the one's to take me into custody. I'm sure all of these dates to prove I'm correct are on the computer. I am at ya'lls mercy! That is what im asking for is mercy and compassion concerning my situation. The County here is telling me they are not moving forward under any circumstances. Is my time here counting for ya'll.

I am indigent and need a federal public defender please. To represent my violation of supervised release. ~~Case~~ Criminal action NO. 6:20-CR-1

Sincerely,
Tracy Truelove

Tracy True love #126378
101 E. Methvin
Longview, Tx. 75601

Legal

INMATE INDIGENT

K. Nicole Mitchell
U.S. Magistrate Judge
211 W. Ferguson St. #106
Tyler, Tx. 75702