UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00001

**United States of America**

v.

**Tracy Truelove**

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge held a final revocation hearing on July 20, 2021, and issued a report recommending that the defendant's term of supervised release should be revoked. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 34.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 17 months' imprisonment with no supervised release to follow. The court recommends that defendant serve his sentence at FCI El Reno, Oklahoma, if available, and that defendant receive drug treatment, if available.

*So ordered by the court on July 23, 2021.*

_____
J. Campbell Barker
United States District Judge